UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:18-CR-587-T-17CPT

CODY ROBERT SCHOH.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. This case is set for trial on **Monday, August 19, 2019.** The Court directs the Government and Defendant to confer as to all proposed jury instructions and the verdict form, and file the following by **Thursday, August 15, 2019**: 1) a package of jury instructions to which the parties stipulate; 2) a package of the Government's proposed jury instructions to which Defendant objects; and 3) a package of Defendant's proposed jury instructions to which the Government objects. If the parties agree on the verdict form, the parties shall file one proposed verdict form. If the parties cannot agree on the verdict form, each party shall file its own proposed verdict form.

The parties shall send a copy of all submitted instructions and submitted verdict forms to the Court in a word processing format on or before **Thursday, August 15, 2019.**

The parties shall each separately file their proposed voir dire on or before **Thursday, August 15, 2019**. Accordingly, it is

Case No. 8:18-CR-587-T-17CPT

**ORDERED** that the parties **shall file** their proposed jury instructions, verdict form and voir dire in accordance with this Order by **Thursday, August 15, 2019**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of August, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record