UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:18-cr-587-T-17CPT

CODY ROBERT SCHOH

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to, and was adjudged guilty of, the offenses charged in counts one and two of the indictment — violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1), and 2252(a)(4)(B) and (b)(2).

The United States moves under 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order forfeiting the defendant's interest in a Black iPhone, Model A1660, FCC ID: BCG-E3085A and a Mac Book Pro, Model A1502, serial number C17PFCETFVH3.

The United States has established the requisite connection between the assets and the offenses charged in counts one and two of the indictment. Because the United States is entitled to possession of the assets, the motion is **GRANTED**. The defendant's interest in the assets is condemned and forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

CASE NO. 8:18-CR-587-T-17CPT

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

ORDERED in Tampa, Florida, on September 12th, 2019.

*(signature)*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Copies to:
All parties and counsel of record